UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-02426-JLS-JDE                                         Date: October 22, 2021
Title:  Sammy El-Said v. BMW of North America, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  Order to Show Cause re Sanctions**

     The parties and their counsel are ordered to show cause by **Monday, October 25 at 5 p.m.** as to why the Court should not issue sanctions for failure to comply with several court orders.  (*See* Docs. 18, 23, 65.)  Failure to timely and adequately respond will result in sanctions, up to and including monetary sanctions, dismissal and/or entry of default judgment.

                                                              Initials of Deputy Clerk: mku